Schlosser's Bakeries, Inc. and Louis Schlosser, Appel-
lants, v. Village of Oak Park et al., Appellees.

Gen. No. 41,948.

**387**

Heard in first division, first district, this court at October term, 1941; opinion filed April 20, 1942. Ben A. Stewart, for appellants; John F. Tyrrell, for appellees. Opinion by JUSTICE MATCHETT. "Not to be published in full."